Alan Stuart Graf, OSB # 92317
peopleslawyer@qwest.net
Kimberly K. Tucker, OSB # 02106
kktpeopleslawyer@qwest.net
Alan Stuart Graf, P.C.
1020 SW Taylor St., Ste. 230
Portland Oregon 97205
Telephone: (503) 452-2375
Fax: (503) 464-9821
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LARANDA FLEMING o/b/o M.J, a minor,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART Commissioner of Social Security,<br><br>Defendant. | CV 03-1548-HO<br><br>ORDER GRANTING STIPULATED EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3826.45 be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 22nd day of April, 2005.

_____
United States District Judge

Presented by:

 /s/ Kimberly K. Tucker 
Alan Stuart Graf, P.C.
Attorney for Plaintiff